IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO: 1:18-CV-66-MR-DLH

| | |
|---|---|
| SHELLY STEPHENS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| YOUTH VILLAGES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

---

## **DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, by and through undersigned counsel, hereby dismisses the referenced action with prejudice.

This 15th day of May, 2018.

/s/ Christopher Hodgson

Christopher Hodgson (N.C. Bar No. 50135)
Lisa Grafstein (N.C. Bar No. 22076)
Disability Rights North Carolina
3724 National Drive, Suite 100
Raleigh, NC  27612
Telephone: (919) 856-2195
Facsimile: (919) 856-2244
Chris.hodgson@disabilityrightsnc.org
Lisa.grafstein@disabilityrightsnc.org
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing *Notice of Dismissal With Prejudice* by filing a copy with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for Defendants.

This the 15th day of May, 2018.

      /s/ Christopher Hodgson
Christopher Hodgson (N.C. Bar No. 50135)
Disability Rights North Carolina
3724 National Drive, Suite 100
Raleigh, NC 27612
Telephone: (919) 856-2195
Facsimile: (919) 856-2244
Chris.hodgson@disabilityrightsnc.org
*Attorney for Plaintiff*